# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 MAY -3 PM 2: 27

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA
Plaintiff,

VS.

Case Number 2:05CR20020

JEFFREY P. DALLAS
Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
### (For Offenses Committed On or After November 1, 1987)

The defendant, Jeffrey P. Dallas, was represented by Pamela Hamrin, Esq.

It appearing that the defendant, who was convicted on May 8, 2002 in the above styled cause and was placed on Supervised Probation for a period of five(5) years and has violated the terms of Supervised Probation.

It is hereby ORDERED and ADJUDGED that the Supervised Probation of the defendant shall be REVOKED and the defendant shall be sentenced to time served. Defendant is further sentenced to one (1) year of Supervised Release.

FURTHERMORE, the defendant shall be subject to the terms and conditions of release that were previously imposed, and as an additional condition the Court directs that the defendant be committed to a term of six (6) months residence in a Halfway House.

The defendant shall participate in substance abuse testing and treatment programs as directed by the Probation Officer.

Defendant shall surrender for service of sentence as directed by the U.S. Marshal.

Signed this the ___3rd___ day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 7/4/1982
U.S. Marshal No.: 11523-042
Defendant's Mailing Address: 1911 Sea Isle Road, Memphis, TN 38115

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:05-CR-20020 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT