## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

U.S.A. vs. Jeffrey P. Dallas                    **Docket No.2:05CR20020-01**

### Petition on Probation and Supervised Release

COMES NOW __Dawn L. Brown__ , **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of __Jeffrey P. Dallas__ who was placed on Probation by the Honorable __W. Allen Pepper, Jr.__ sitting in the Court at __Oxford, MS__ on the __8th__ day of __May__, __2002__, who fixed the period of Probation at __five (5) years__, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. **The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the Probation Officer, until such time as the defendant is released from the program by the Probation Officer.**

2. **The defendant shall perform one hundred (100) hours of Community Service as directed by the Probation Officer. (Completed June 12, 2003)**

3. **The defendant shall reside for a period of three (3) months in a Community Corrections Center as directed by the Probation Officer and shall observe the rules of the facility. (Completed October 25, 2002)**

\* **Jurisdiction transferred from the ND/MS (Oxford) to the WD/TN (Memphis) on January 26, 2005. Probation was revoked on April 27, 2005, by the Honorable J. Daniel Breen. Defendant was sentenced to Time Served with a one (1) year term of Supervised Release. The following Special Conditions were imposed:**

4. **The defendant shall be committed to a term of six (6) months residence in a halfway house.**

5. **The defendant shall participate in substance abuse testing and treatment programs as directed by the Probation Officer.**

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
## SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** a Summons be issued for Jeffrey P. Dallas to appear before the United States District Court to answer charges of violation of Supervised Release.

### ORDER OF COURT

Considered and ordered __1__ day
of __August__, 20__05__ and ordered
filed and made a part of the records in
the above case.

_____
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __8-2-05__

I declare under penalty of perjury that the foregoing is true and correct.

Executed
on __July 28, 2005__

_____
United States Probation Officer

Place: __Memphis, TN__

15

RE:   **Jeffrey P. Dallas**
      **Docket Number: 2:05CR20020-01**
      **Page 2**


**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**The defendant has violated the following conditions of his Probation:**


**The defendant shall not illegally possess a controlled substance.**

Mr. Dallas tested positive for Cocaine use on June 25, 2005 and July 6, 2005.

# VIOLATION WORKSHEET

1.  **Defendant**    Jeffrey P. Dallas    ( 7956 Tankerston Drive, Memphis, TN 38125)

2.  **Docket Number (Year-Sequence-Defendant No.)**    2:05CR20020-01

3.  **District/Office**    Western District of Tennessee (Memphis)

4.  **Original Sentence**    <u>05</u> / <u>08</u> / <u>2002</u>
    **Date**    month    day    year
    (If different than above):

5.  **Original District/Office**    Northern District of Mississippi (Oxford)

6.  **Original Docket Number (Year-Sequence-Defendant No.)**    2:01CR000157-006

7.  **List each violation and determine the applicable grade {see §7B1.1}:**

    | Violation(s) | Grade |
    |---|---|
    | • Illegally possessed/use of a controlled substance | C |
    | • | |
    | • | |
    | • | |
    | • | |
    | • | |
    | • | |
    | • | |

8.  Most Serious Grade of Violation (see §7B1.1(b))    C

9.  Criminal History Category (see §7B1.4(a))74    I

10. Range of imprisonment (see §7B1.4(a))    3 - 9   months*
    **Statutory Maximum: Two(2) years. Also see reasons for departure on next page.**

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

    {x }    (a)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

    { }    (b)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

    { }    (c)If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

Mail documents to:  United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W
Suite    1400, Washington, D.C., 20004, Attention:  Monitoring Unit

**Defendant**     Jeffrey  P. Dallas _____

12.    Unsatisfied Conditions of Original Sentence

List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation {see §7B1.3(d)}:

Restitution ($) _____N/A_____        Community Confinement _____N/A_____

Fine ($) _____N/A_____        Home Detention _____N/A_____

Other _____N/A_____        Intermittent Confinement ___N/A_____

13.    Supervised Release

If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of §§5D1.1-1.3 {see §§7B1.3(g)(1)}.

Term: _____ to _____ years

If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment impossible upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment {see 18 U.S.C. §3583(e) and §7B1.3(g)(2)}.

Period of supervised release to be served following release from imprisonment: _____

14.    Departure

List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

**Pursuant to §7B1.3(d) any community confinement previously imposed that remains unserved at the time of revocation may be served in addition to the sanction determined under §7B1.4. Thus, the adjusted range derived by taking into account the unserved Community Confinement would be approximately 9-15 months**

15.    Official Detention Adjustment {see §7B1.3(e)}: _____ months _____ days

**Mail documents to:  United States Sentencing Commission, 1331 Pennsylvania Avenue, N.W. Suite 1400, Washington, D.C., 20004, Attention:  Monitoring Unit**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CR-20020 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT