# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY ___ D.C.

05 SEP 28 AM 10: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

Case Number 2:05CR20020

JEFFREY P. DALLAS,
    Defendant.

## JUDGMENT AND COMMITMENT ORDER ON SUPERVISED RELEASE VIOLATION
### (For Offenses Committed On or After November 1, 1987)

The defendant, Jeffrey P. Dallas, was represented by Doris Holt, Esq.

It appearing that the defendant, who was convicted on May 8, 2002 in the above styled cause and was placed on Supervised Probation for a period of five(5) years and has violated the terms of Supervised Probation. After a final probation revocation hearing on April 27, 2005, the Supervised Probation of the defendant was REVOKED and the defendant was sentenced to time served. Defendant was further sentenced to one (1) year of Supervised Release. The defendant appearing on September 27, 2005, again admitted to a violation of Supervised Probation.

It is hereby ORDERED and ADJUDGED that the Supervised Probation is Revoked and the defendant is sentenced to incarceration for a total term of twelve (12) months and one (1) day. The Court recommends placement at Millington, Tennessee.

Defendant shall surrender for service of sentence as directed by the U.S. Marshal.

Signed this the 28th day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 7/4/1982
U.S. Marshal No.: 11523-042
Defendant's Mailing Address: 1911 Sea Isle Road, Memphis, TN 38115

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CR-20020 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT